# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Cornilius Bernard Hargett,

    Plaintiff

v.

Mississippi Bureau of Narcotics, et al.,

    Defendants

Case No.: 2:19-cv-00460-JAD-EJY

**Order Directing Address Update**

    Plaintiff Cornilius Bernard Hargett brings this civil-rights lawsuit to redress constitutional violations that he claims he suffered in Mississippi, Louisiana, and Nevada.[1] Hargett's mail from the court is being returned with no forwarding address. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address."[2] This Court's local rules require litigants to immediately file with the Court written notification of any change of address, and they expressly warn that failure to do so may result in case-dispositive sanctions.[3]

    IT IS HEREBY ORDERED that **plaintiff must file a notice of changed address by October 4, 2019, or this case will be dismissed.**

                                                _____
                                               U.S. District Judge Jennifer A. Dorsey
                                               Dated: September 17, 2019

---

[1] ECF No. 1-1.

[2] *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (per curiam); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991).

[3] *See* Local Rule IA 3-1.